**KROVATIN NAU LLC**
Gerald Krovatin, Esq. (Attorney No. 024351977)
Helen A Nau, Esq. (Attorney No. 030181993)
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777

*Attorneys for Defendants' Microbilt Corporation,
Philip N. Burgess, Jr., Walter Wojciechowski, and
John Cook Jr.*

UNITED STATES DISTRICT COURT
DISTRCIT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Civil Action No. 3:21-cv-12971-ZNQ-LHG |
| Plaintiff, | Civil Action |
| v. | |
| **PRINCETON ALTERNATIVE FUNDING LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, Jr., WALTER WOJCIECHOWSKI, and JOHN COOK, Jr.,** | **NOTICE OF APPEARANCE** <br><br> **ELECTRONICALLY FILED DOCUMENT** |
| Defendants. | |

To:    Clerk
United States District Court
402 E State St Office Room 2020,
Trenton, NJ 08608

**PLEASE TAKE NOTICE** that the undersigned hereby request that the Clerk enter my appearance as counsel for Defendants Microbilt Corporation, Philip N. Burgess, Jr.,

Walter Wojciechowski, and John Cook, Jr.

                                        **KROVATIN NAU LLC**
                                        60 Park Place, Suite 1100
                                        Newark, NJ  07102
                                        973-424-9777
                                        973-424-9779 – fax


                                        By: /s/ Gerald Krovatin
                                              Gkrovatin@krovatin.com

Dated:  June 28, 2021