

**SECURITIES AND EXCHANGE COMMISSION**
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, DC 20549

James E. Smith
Assistant Chief Litigation Counsel
Trial Unit, Mail Stop 5971
(202) 551-5881 (t)
(202) 772-9292 (f)
Smithja@SEC.gov

October 11, 2022

**BY EMAIL**

The Honorable Michael B. Kaplan
Chief Judge
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

> RE: **SECURITIES AND EXCHANGE COMMISSION v. PRINCETON ALTERNATIVE FUNDING LLC et al, 3:21-cv-12971-ZNQ-RLS**
> *(Stayed Pending Mediation)*

Dear Judge Kaplan:

     I represent Plaintiff, the Securities and Exchange Commission ("SEC" or "Plaintiff"), in the above-captioned matter. I write jointly with counsel for Defendants, Princeton Alternative Funding, LLC, MicroBilt Corp., Philip Burgess, Walter Wojciechowski, and Jack Cook ("Defendants") (collectively, the "Parties"), pursuant to a mediation referral and order issued by The Honorable Zahid Quraishi, U.S.D.J. on September 23, 2022 (the "Order"). DE 37. The Parties thank Your Honor for accepting the mediation referral, and respectfully request a scheduling conference with Your Honor in the coming weeks.

     Pursuant to the Order, Judge Quraishi permitted the Parties to complete discovery necessary to ensure an effective mediation. To that end, Defendants have issued various third party subpoenas, several of which have already returned responses. The Parties have conferred and agree to issue any remaining third-party subpoenas in aid of mediation by October 17, 2022. Barring the need for motion practice in connection with any of these subpoenas, the Parties expect that they will receive all responsive records by mid to late November. The Parties also anticipate taking one deposition, which they will notice for a date no later than November 30, 2022.

  During any mediation scheduling conference, the Parties will seek the Court's instruction concerning the submission of any required mediation statements or other materials necessary to facilitate mediation.  The Parties will also respectfully request, subject to the Court's availability, that the Court hold mediation on or around December 21, and December 22, 2022.

  The Parties again thank Your Honor for assisting in this matter, and look forward to working with the Court toward a successful mediation.

Respectfully submitted,

| | |
|---|---|
| */s/ James E. Smith*<br>James Smith<br>SECURITIES AND EXCHANGE<br> COMMISSION<br>100 F Street, NE<br>Washington, DC  20549<br> (202) 551-5881 (Smith)<br>smithja@sec.gov<br><br>*Counsel for Plaintiff* | */s/ Daniella Gordon*<br>Daniella Gordon<br>Armstrong Teasdale, LLP<br>2005 Market Street<br>29th Floor, One Commerce Center<br>Philadelphia, PA 19103<br>(267) 780-2017<br>dgordon@atllp.com<br><br>John A. Sten<br>Armstrong Teasdale, LLP<br>800 Boylston Street<br>30th Floor<br>Boston, MA 02199<br>(617) 824-5128<br>jsten@atllp.com<br><br>*Counsel for Defendants* |