UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>PRINCETON ALTERNATIVE FUNDING LLC, et al.,<br><br>    Defendants. | Civil Action No. 21-12971 (ZNQ) (RLS)<br><br><br>**ORDER SETTING AN EXPEDITED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH A THIRD-PARTY SUBPOENA** |

**THIS MATTER** having come before the Court upon the "Emergency" Motion of Defendants Princeton Alternative Funding, LLC, MicroBilt Corporation, Philip N. Burgess, Jr., Walter Wojciechowski, and John Cook, Jr. (collectively, "Defendants") to compel third-party Wesley McKnight ("McKnight") to comply with Third-Party Document and Deposition Subpoenas (the "Motion") (Dkt. No. 40); and for good cause shown;

**IT IS, THEREFORE**, on this 3d day of November 2022,

**ORDERED** that any response or opposition to the Motion shall be filed by no later than **November 14, 2022**; and it is further

**ORDERED** that any reply shall be filed by no later than **November 18, 2022**.

**SO ORDERED.**

                /s/ Rukhsanah L. Singh
                **RUKHSANAH L. SINGH**
                **UNITED STATES MAGISTRATE JUDGE**