AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT of NEW JERSEY

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-12971 |
| PRINCETON ALTERNATIVE FUNDING, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WES McKNIGHT

Date:   11/14/2022

*Attorney's signature*

DAVID M. ESKEW
*Printed name and bar number*

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, New York 10001

*Address*

deskew@aellaw.com
*E-mail address*

(646) 970-7342
*Telephone number*

(646) 970-7345
*FAX number*