

**SECURITIES AND EXCHANGE COMMISSION**
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, DC 20549

**James E. Smith**
**Assistant Chief Litigation Counsel**
Trial Unit, Mail Stop 5971
(202) 551-5881 (t)
(202) 772-9292 (f)
Smithja@SEC.gov

April 22, 2022

**BY CM/ECF**

The Honorable Rukhsana L. Singh
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

    Re:    *Securities and Exchange Commission v. Princeton Alternative Funding, LLC, et al.,* No. 3:21-cv-12971 ZNQ-RLS

Dear Hon. Magistrate Judge Singh:

Pursuant to the Court's request during the April 19, 2022 status call, in the above-referenced case, Plaintiff Securities and Exchange Commission and Defendants, Princeton Alternative Funding, LLC, Microbilt Corporation, Phillip N. Burgess, Jr., Walter Wojciechowski, and John Cook, Jr., (collectively the "Parties"), by and through their undersigned counsel, submit this revised discovery schedule request. The parties respectfully request the Court revise its Pretrial Scheduling Order (Dkt. No. 23) as follows:

- End of Fact Discovery    9/30/2022
- Affirmative Expert Reports    11/14/2022
- Rebuttal Expert Reports    12/30/2022
- Expert discovery done    1/30/2023
- Dispositive Motions    2/28/2023

      The parties believe that this revised schedule should permit sufficient time to complete fact and expert discovery in this matter, and will update the Court if it appears that additional time is needed to complete all necessary depositions and discovery tasks.

Respectfully submitted,

| | |
|---|---|
| */s/ James E. Smith* <br> James Smith <br> SECURITIES AND EXCHANGE <br>  COMMISSION <br> 100 F Street, NE <br> Washington, DC  20549 <br>  (202) 551-5881 (Smith) <br> smithja@sec.gov <br><br> *Counsel for Plaintiff* | */s/ Daniella Gordon* <br> Daniella Gordon <br> Armstrong Teasdale, LLP <br> 2005 Market Street <br> 29th Floor, One Commerce Center <br> Philadelphia, PA 19103 <br> (267) 780-2017 <br> dgordon@atllp.com <br><br> John A. Sten <br> Armstrong Teasdale, LLP <br> 800 Boylston Street <br> 30th Floor <br> Boston, MA 02199 <br> (617) 824-5128 <br> jsten@atllp.com <br><br> *Counsel for Defendants* |