**Certificate of Service**

      I certify that a copy of the foregoing Letter dated January 11, 2023, was served via electronic mail upon the following on this date.

James Smith
smithja@sec.gov
Securities & Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549
(202) 551-5881

Lawrence West
Law.west@gmail.com
(Third Party Subpoena Recipient)

                                                                                        */s/ Daniella Gordon*
                                                                                         _____

Date: January 11, 2023                                                                    Daniella Gordon