# EXHIBIT B

**SEC WHISTLEBLOWER CONSULTANTS**

Lawrence West is the only senior former SEC enforcement official specializing in counseling whistleblowers. A graduate of Harvard University and Yale Law School, Mr. West is an attorney with decades of SEC enforcement experience. Mr. West served as an Associate Director of the Division of Enforcement at the SEC, where he worked for 12 years, starting as a staff attorney. He knows from personal experience how the SEC enforcement staff builds a case from the ground up, and how their work is vetted by senior officials in the Division of Enforcement and by the SEC Commissioners themselves.

At the SEC, Mr. West frequently collaborated with the Department of Justice on parallel enforcement actions. Parallel enforcement actions can result in bigger SEC whistleblower awards. Mr. West now works exclusively as a consultant to individual whistleblowers.