# Ballard Spahr LLP

700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Neal Walters
Tel: 856.761.3438
Fax: 856.761.1020
waltersn@ballardspahr.com

April 24, 2023

*By Electronic Filing*

Honorable Rukhsanah L. Singh, U.S.M.J.
United States Magistrate Judge
District of New Jersey
Clarkson S. Fisher Buildings & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   SEC v. Princeton Alternative Funding, LLC, et al., Case No. 3:21-cv-12971

Your Honor:

I am writing to address Defendants' request for leave to file a sur-sur-reply in connection with their motion to compel discovery from non-party law firm Ballard Spahr. Defendants concede their request is unusual. More than that, it is part and parcel with the harassing conduct that, as Ballard Spahr explains in its briefing, warrants sanction. We respectfully suggest that rather than further and excessive briefing, the Court schedule oral argument to address Defendants' motion to compel and the four briefs on the motion already before the Court.

Thank you for your consideration of this matter.

Respectfully yours,

Neal Walters

NW/cmd

A PA Limited Liability Partnership  |  Jeffrey S. Beenstock, Managing Partner

DMFIRM #407607935 v1