UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X
SECURITIES & EXCHANGE COMMISSION,

     **Plaintiff,**

    **-v-**           NOTICE OF APPEARANCE

**PRINCETON ALTERNATIVE FUNDING,**  Docket No. 21-cv-12971-ZNQ-RLS
**LLC, Et Al.,**

       **Defendants.**

-------------------------------------------------------------X

  TO: CLERK OF COURT

  PLEASE TAKE NOTICE that ZACH INTRATER, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, is appearing for the Defendants PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, WALTER WOJCIECHOWSKI, JOHN COOK, JR., and PHILIP BURGESS, Jr. in the above-captioned matter.

                Zach Intrater, Esq.
                Brafman & Associates, P.C.
                256 Fifth Avenue, 2nd Floor
                New York, NY 10001
                Phone: (212) 750-7800
                Fax: (212) 750-3906
                E-mail: zintrater@braflaw.com

Dated: New York, NY
    May 24, 2023