

**Krovatin | Nau LLC**
ATTORNEYS AT LAW

60 Park Place, Suite 1100
Newark, New Jersey 07102
973-424-9777  Fax 973-424-9779
www.krovatin.com

Gerald Krovatin
Helen A. Nau*

Also Admitted in NY*

July 12, 2024

**VIA ELECTRONIC FILING**

Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
 & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

Re:   **SEC v. Princeton Alternative Funding, LLC, et al.**
      **Case No. 21-12971 (RK-JBD)**

Dear Judge Day:

On behalf of the Defendants in the above-referenced matter, I write to respectfully request an adjournment of the telephone status conference with Your Honor that is presently scheduled for next Wednesday, July 17, 2024, at 2:00 p.m.

I make this request because I will be at a proffer session in lieu of a grand jury appearance with a client at the U.S. Attorney's Office in Camden late that morning, which is likely to go into the afternoon.

I have conferred with SEC Trial Attorney P. Davis Oliver, Esq. and the SEC does not object to this request.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/Gerald Krovatin

cc:   P. Davis Oliver, Esq.
      Zach Intrater, Esq.