# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> V. <br><br> PRINCETON ALTERNATIVE FUNDING LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, and JOHN COOK, JR., <br><br> Defendants. | Case No. **3:21-cv-12971** <br><br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br><br> ELECTRONICALLY FILED DOCUMENT |

TO:   Clerk
     United States District Court
     Clarkson S. Fisher Building & U.S. Courthouse
     402 E. State St. Room 2020
     Trenton, NJ 08608

PLEASE TAKE NOTICE that, having been admitted to practice of law in this Court, the undersigned hereby requests that the Clerk enter my appearance as counsel for non-party ROBERT SZOSTAK (a/k/a BERT SZOSTAK).  Thank you.

Respectfully submitted,

Dated:  July 18, 2024

By: */s/ Darren M. Baldo*
Darren M. Baldo, Esq. (ID #040181997)
Darren M. Baldo, Attorney at Law, LLC
d/b/a Baldo Law Firm
4093 Quakerbridge Rd.
Princeton Jct., NJ 08550
Phone:  (609) 799-0090
Fax:     (609) 799-0095
Email: darren@dbaldolaw.com
*Attorney for Non-Party Robert Szostak (a/k/a Bert Szostak)*