# APPENDIX

**EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, and JOHN COOK, JR. ) ) ) ) ) ) ) Defendants. ) ) | Case No. 3:21-cv-12971-RK-JBD |

**DECLARATION OF COREY SCHUSTER**

I, Corey Schuster, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am over 18 years of age and a Co-Chief of the Asset Management Unit in the Division of Enforcement at the Securities and Exchange Commission ("SEC") in Washington, D.C.  I have been employed by the SEC for over 14 years.  I participated in the investigation that led to the filing of the Complaint in the above-captioned litigation.

2.  I have read the subpoena that the Defendants served upon me.  The subpoena, among other things, requests "Copies of all notes that you took during interviews in the investigation that lead to the filing of the Complaint in this matter, limited to the memorialization of statements made by the person interviewed, either verbatim or in substance and effect, but exclusive of mental thought processes, observations or comments that could constitute attorney work product."

3.  After a diligent search, I have located notes that I took in connection with the investigation,

which preceded the formal initiation of this litigation.  The interviews were conducted in order to provide the Commission with information so that it could determine whether or not to proceed with litigation in this matter.

4.   These notes do not consist of or contain substantially verbatim statements made by the witnesses.  They contain my mental impressions, conclusions, opinions, and reflect legal theories examined and reached during the investigation of the matter.  The notes of the interviews include questions that I posed, reflecting my legal and investigative strategy in the selection of topics to cover, the order in which they were covered and the framing of the inquiries.  They also include non-verbatim witness responses that I considered in my judgment sufficiently important to summarize.  The notes were never shared with any third party, including the witnesses themselves.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2024

Washington, D.C.

_____
Corey A. Schuster

2