UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON
**MAGISTRATE JUDGE:** DAY
**COURT REPORTER:** DIGITALLY RECORDED

**JULY 17, 2025**
DATE OF PROCEEDINGS

**TITLE OF CASE:**
SECURITIES AND EXCHANGE COMMISSION,
V.
PRINCETON ALTERNATIVE FUNDING LLC et al

**DOCKET # 3:21-CV-12971(RK)(JBD)**

**APPEARANCES:**
Davis Oliver, Esq. for plaintiff
Gerald Krovatin, Esq. for defendants
Zach Intrater, Esq. for defendants
Darren Baldo, Esq. for non-party Robert Szostak

**NATURE OF PROCEEDING:** STATUS CONFERENCE
Virtual status conference held regarding the status of discovery and dispute re interrogatories.
Text Order to be entered.

TIME COMMENCED:    2:34 p.m.
TIME ADJOURNED:    2:58 P.m.                    s/ Christopher Yoos
TOTAL TIME: 24 MINUTES                                Deputy Clerk